IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:15CR77-03 |
| Plaintiff, | |
| v. | Judge Christopher A. Boyko |
| JOSHUA MOORE, | |
| Defendant. | <u>ORDER</u> |

This matter was before the Court on December 19, 2016, for a hearing on the Government's request for revocation of Defendant Joshua Moore's probation. The Defendant was present and represented by counsel.

The Probation Officer's report states that Defendant Joshua Moore has failed to comply with drug testing, has tested positive for marijuana and has failed to submit monthly supervision reports. The Defendant admits the violations. The Court finds Defendant in violation and revokes probation.

The Defendant is sentenced to nine months custody of the Bureau of Prisons, followed by one year of supervised release. The Defendant shall participate in drug treatment and mental health treatment.

The court recommends to the Bureau of Prisons that the Defendant shall participate in drug treatment and mental health treatment.

The Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2016